**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARETHA CROSSON, Individually and as the representative of a class of similarly situated persons,

                  Plaintiff,

- against -

LARQ, INC.,

                  Defendants.
-----------------------------------------------------------X

Case No.   1:20-cv-5933-NGG-RML

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Aretha Crosson, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Larq, Inc.  No Answer has been filed in this case.

Dated: Scarsdale, New York
       March 23, 2021

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                                        By: */s/Dan Shaked*
                                          Dan Shaked, Esq.
                                          14 Harwood Court, Suite 415
                                          Scarsdale, NY 10583
                                          Tel. (917) 373-9128
                                          Fax (718) 704-7555
                                          e-mail: ShakedLawGroup@Gmail.com

---

Application Granted.
SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: April 27, 2021